1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  JULIE L. GARLAND
   Senior Assistant Attorney General
4  ANYA M. BINSACCA
   Supervising Deputy Attorney General
5  AMANDA J. MURRAY, State Bar No. 223829
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
7   Telephone: (415) 703-5741
    Fax: (415) 703-5843
8   Email: Amanda.Murray@doj.ca.gov

9  Attorneys for Respondent Warden Robert Horel

10

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14
   | GEORGE RUIZ, | C07-4804 JSW |
15 | | |
   | Petitioner, | RESPONDENT'S REQUEST FOR AN |
16 | | EXTENSION OF TIME TO ANSWER |
   | v. | PETITION; SUPPORTING |
17 | | DECLARATION OF COUNSEL; |
   | | [PROPOSED] ORDER |
18 | ROBERT HOREL, Warden, | |
   | | Judge: The Honorable |
19 | | Jeffrey S. White |

20              **REQUEST FOR EXTENSION OF TIME**

21      For the reasons set forth in the accompanying declaration of counsel, Respondent

22  respectfully requests that this Court grant an extension of time, to and including April 30, 2008,

23  in which to reply to Ruiz's Petition for Writ of Habeas Corpus.

24  //

25  //

26  //

27  //

28  //

Req. for Extension of Time; [Proposed] Order                          Ruiz v. Horel
                                                                      C07-4804 JSW

                                     1

**SUPPORTING DECLARATION OF COUNSEL**

I, AMANDA J. MURRAY, declare as follows:

1. I am an attorney admitted to practice before the courts of the State of California and before this Court. I am employed by the California Attorney General's Office as a Deputy Attorney General in the Correctional Writs and Appeals Section, and am assigned to represent Respondent in this case.

2. On March 19, 2008, I discovered our records inaccurately reflected that we had requested and received Ruiz's California Supreme Court Petition and Denial when in fact, we had not. Accordingly, we immediately requested these documents from the California Supreme Court. To date, we have not received them.

3. The requested documents are necessary for me to determine whether Ruiz has exhausted his state court remedies by presenting his federal claims to the California Supreme Court and whether Respondent should file an Answer or a Motion to Dismiss in response to Ruiz's Petition. Because I do not know when I will receive the documents, I respectfully request that Respondent's deadline to provide an Answer to Ruiz's Petition be extended to April 30, 2008.

4. This request for an extension of time is not made for any purpose of harassment, undue delay, or for any improper reason. Respondent has not requested any other extensions of time to respond to the Court's January 30, 2008 Order to Show Cause.

5. Ruiz is a state prisoner and cannot easily be contacted about this requested extension of time. Respondent would suffer substantial harm without this extension of time because I would unable to file a proper and thorough responsive pleading.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 28, 2008, at San Francisco, California.

AMANDA J. MURRAY
Deputy Attorney General

Req. for Extension of Time; [Proposed] Order

*Ruiz v. Horel*
C07-4804 JSW

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE RUIZ,<br><br>                 Petitioner,<br><br>   v.<br><br>ROBERT HOREL, Warden<br><br>                Respondent. | No. C07-4804 JSW<br><br>[PROPOSED] ORDER |

This Court considered Respondent's Request for an Extension of Time to Answer Petition, and good cause appearing,

**IT IS HEREBY ORDERED** that Respondent's Request for an Extension of Time to Answer Petition is **GRANTED**. Respondent shall answer Petitioner's Petition for Writ of Habeas Corpus by **April 30, 2008**.


Dated: _____

_____
JEFFREY S. WHITE
United States District Judge

Req. for Extension of Time; [Proposed] Order

*Ruiz v. Horel*
C07-4804 JSW

3

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Ruiz v. Horel**

No.:   **C07-4804 JSW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **March 28, 2008**, I served the attached

**RESPONDENT'S REQUEST FOR AN EXTENSION OF TIME TO ANSWER PETITION; SUPPORTING DECLARATION OF COUNSEL; [PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**George Ruiz, B-82089**
**Pelican Bay State Prison**
**P.O. Box 7500**
**Crescent City, CA 95532**
in pro per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **March 28, 2008**, at San Francisco, California.

|  |  |
|---|---|
| M.M. Argarin | *(signature)* |
| Declarant | Signature |

40234803.wpd