**FILED**
APR 03 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE RUIZ,**<br><br>                        Petitioner,<br>   v.<br>**ROBERT HOREL, Warden**<br><br>                        Respondent. | No. C07-4804 JSW<br><br>[PROPOSED] ORDER<br>Docket No. 6 |

This Court considered Respondent's Request for an Extension of Time to Answer Petition, and good cause appearing,

**IT IS HEREBY ORDERED** that Respondent's Request for an Extension of Time to Answer Petition is **GRANTED**. Respondent shall answer Petitioner's Petition for Writ of Habeas Corpus by **April 30, 2008**.

Dated: APR 03 2008

                                              JEFFREY S. WHITE
                                              United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GEORGE RUIZ,

    Plaintiff,

v.

ROBERT HOREL et al,

    Defendant.
                               /

Case Number: CV07-04804 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Amanda Jane Murray
California Department of Justice
455 Golden Gate Avenue #11000
San Francisco, CA 94102-7004

George Ruiz
B82089
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dated: April 3, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk