# EXHIBIT A

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
ABSTRACT OF JUDGMENT
FOR COMMITMENT TO STATE PRISON

THE PEOPLE OF THE STATE OF CALIFORNIA
PLAINTIFF

VS

GEORGE RUIZ
DEFENDANT

DATE: MAY 22, 1981
CASE NUMBER: CR 52779
PRESENT: T. BRUCE IREDALE
JUDGE OF THE MUNICIPAL COURT SITTING AS A SUPERIOR COURT
Edwin L. Miller, Jr., District Attorney
By DANIEL T. WILLIAMS, DEPUTY

CHARLES ADAIR
COUNSEL FOR DEFENDANT

L. ZUCKERMAN
CLERK

PAULETTE HORNER
REPORTER

☒☒ PROBATION HAVING BEEN HERETOFORE GRANTED AND SAID PROBATION HAVING BEEN REVOKED ON APPLICATION FOR PROBATION IS DENIED. THE DEFENDANT IS DULY ARRAIGNED.

Count No. ONE
of GUILTY . WHEREAS THE SAID DEFENDANT ON HIS PLEA _____ having
(GUILTY, NOT GUILTY, FORMER CONVICTION OR ACQUITTAL, ONCE IN JEOPARDY, NOT GUILTY BY REASON OF INSANITY)
been convicted by JURY of KIDNAPPING TO COMMIT ROBBERY
(THE COURT OR JURY) (DESIGNATION OF CRIME AND DEGREE IF ANY, INCLUDING FACT THAT IT CONSTITUTES A SECOND OR SUBSEQUENT, IF THAT AFFECTS THE SENTENCE)

IN VIOLATION OF PENAL CODE SECTION 209(b)
(REFERENCE TO CODE OR STATUTE, INCLUDING SECTION AND SUBSECTION THEREOF, IF ANY VIOLATED.)

*SENTENCE 7 YEARS TO LIFE*

THE COURT FINDS: (*IF NO FINDING MADE ENTER, "NO FINDING MADE.")
THE DEFENDANT HAS BEEN HELD IN CUSTODY FOR 258* DAYS AS A RESULT OF THE SAME CRIMINAL ACT OR ACTS FOR WHICH HE HAS BEEN CONVICTED.
*INCLUDES 86 DAYS PC 4019

. THE DEFENDANT WAS ARMED WITH A DEADLY WEAPON AT THE TIME OF HIS COMMISSION
(WAS OR WAS NOT)
OF THE OFFENSE WITHIN THE MEANING OF Sections 969c and 12022 of the Penal Code.
. THE DEFENDANT USED A FIREARM IN HIS COMMISSION OF THE OFFENSE WITHIN THE MEANING
(USED OR DID NOT USE)
OF Sections 969d and 12022.5 OF THE Penal Code.
. THE DEFENDANT WAS ARMED AT THE TIME OF HIS COMMISSION OF THE OFFENSE WITHIN THE
(WAS OR WAS NOT)
MEANING OF Section 1203 of the Penal Code and that weapon was A GUN

4-36 CO. CLK (7/77)    COPY

**ABSTRACT OF JUDGMENT — COMMITMENT
SINGLE OR CONCURRENT COUNT FORM**
(Not to be used for Multiple Count Convictions nor Consecutive Sentences)

B-82080
CC 122
FORM DSL 290
4B
FOU

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
BRANCH _____
COURT I.D.: 3 7

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: GEORGE RUIZ
AKA:
[X] PRESENT  [ ] NOT PRESENT

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT  [xx] AMENDED ABSTRACT
CASE NUMBER: CR 52779

| DATE OF HEARING | DEPT. NO. | JUDGE | CLERK |
|---|---|---|---|
| 05 22 81 | MUNI TWO | T. BRUCE IREDALE | L. ZUCKERMAN |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| P. HORNER | D. WILLIAMS | C. ADAIR | J. JOHNSON |

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONY:

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO DAY YEAR) | CONVICTION BY (JURY TRIAL / COURT TRIAL / PLEA) | TERM (L.M.U.) | TIME IMPOSED YEARS MONTHS |
|---|---|---|---|---|---|---|---|---|
| 2 | PC | 211 | ROBBERY | 80 | 04 02 81 | X | | 5 |

2. ENHANCEMENTS (CHARGED AND FOUND, STRICKEN, TIME IMPOSED):

| COUNT | 12022(a) | 12022(b) | 12022.3(a) | 12022.3(b) | 12022.5 | 12022.6(a) | 12022.6(b) | 12022.7 | 12022.8 | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | | | | | X  X | | | | | 2 |

3. OTHER ORDERS:

4. A. NUMBER OF PRIOR PRISON TERMS:

| § | C/F | S | I | |
|---|---|---|---|---|
| 667.5(a) | 0 | 0 | 0 | |
| 667.5(b) | XX | | X | 1 |
| 667.6(b) | 0 | 0 | 0 | |

B. NUMBER OF PRIOR FELONY CONVICTIONS:

| § | C/F | S | I |
|---|---|---|---|
| 667.6(a) | | | |

TIME STAYED §1170.1(f) [DOUBLE BASE LIMIT]:
TOTAL TERM IMPOSED: ————————————————————→ 0 8

[ ] THIS SENTENCE IS TO RUN CONCURRENT WITH ANY PRIOR UNCOMPLETED SENTENCE(S).

EXECUTION OF SENTENCE IMPOSED:
[ ] A. AT INITIAL SENTENCING HEARING
[X] B. AT RESENTENCING PURSUANT TO DECISION ON APPEAL
[ ] C. AFTER REVOCATION OF PROBATION
[ ] D. AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT [PC §1170(d)]

DATE SENTENCE PRONOUNCED: 05 22 81

CREDIT FOR TIME SPENT IN CUSTODY: TOTAL DAYS 258 INCLUDING: ACTUAL LOCAL TIME 172   LOCAL CONDUCT CREDITS 86   STATE INSTITUTIONS [ ] DMH [ ] CDC

DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
[X] FORTHWITH
[ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS

INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
[ ] CALIF. INSTITUTION FOR WOMEN — FRONTERA
[ ] CALIF. MEDICAL FACILITY — VACAVILLE
[X] CALIF. INSTITUTION FOR MEN — CHINO
[ ] OTHER (SPECIFY):

CLERK OF SUPERIOR COURT
by certify the foregoing to be a correct abstract of the judgment made in this action.
[signature]
DATE: SEP 20 1982

is prescribed pursuant to Penal Code §1213.5 to satisfy the requirements of Penal Code §1213 (Abstract of Judgment and Commitment) for determinate under Penal Code §1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code §1203c.
the sentencing proceedings and any supplementary probation report shall be transmitted to the Department of Corrections pursuant to Penal Code
Attachments may be used but must be incorporated by reference.
dopted by the
ncil of California
1, 1981

**ABSTRACT OF JUDGMENT — COMMITMENT
SINGLE OR CONCURRENT COUNT FORM**
(Not to be used for Multiple Count Convictions nor Consecutive Sentences)
FORM DSL 290.1

PINK COPY — COURT FILE,   YELLOW COPY — DEPARTMENT OF CORRECTIONS,   WHITE COPY   Pen. C. 1213.5.

FORM CR 290

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN DIEGO
**BRANCH** _____

COURT ID: 3 7 _ _ _ -

FOR COURT USE ONLY

**PEOPLE OF THE STATE OF CALIFORNIA** versus
**DEFENDANT:** GEORGE RUIZ    [X] Present   [ ] Not Present
**AKA:**
**COMMITMENT TO STATE PRISON P.C. § 1170**
**ABSTRACT OF JUDGMENT**    CASE NUMBER: CR 52779
Hearing 05-22-81  Dept. No. MUNI 2  Judge T. BRUCE IREDALE    Clerk L. ZUCKERMAN
Reporter P. HORNER    Counsel for People D. WILLIAMS
Counsel for Defendant C. ADAIR    Probation Number or Probation Officer J. JOHNSON

1. Defendant was convicted of the commission of the following crimes:
   [ ] Additional counts are listed on attachment 1.a.

| Count | Code | Section No. | Crime | Year Crime Committed | Date of Conviction Mo. Day Yr. | Jury Trial | Court Trial | Plea | Count Stayed PC § 654 | PC§12022(a)(or b) | PC§12022.5 | PC§12022.6(a)(or b) | PC§12022.7 | PC§12022 | PC§12022.5 | PC§12022.6 | PC§12022.7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | PC | 211 | ROBBERY | 1980 | 04-02-81 | x | | | | | x | | | | | | |

2. A. Number of prior prison terms charged and found: __0__ 667.5(c) felonies; __1__ other than 667.5(c) felonies.
   B. Punishment for prior prison terms stricken: __0__ 667.5(c) felonies; __0__ other than 667.5(c) felonies.
3. The crime with the greatest "principal" term of imprisonment (including § 12022-series enhancements) is:
   A. [X] In the present proceeding, Count __2__.   B. [ ] In a prior uncompleted sentence identified on next line.

   DATE OF CONVICTION MO. DAY YEAR

4. Defendant is sentenced on the crime with the greatest "principal" term to state prison for the [ ] lower [ ] middle [X] upper base term of __5__ / ___ years.
5. Unstayed and unstricken enhancements imposed:
   A. [ ] Penal Code § 12022(a)   [ ] Penal Code § 12022(b)   [X] Penal Code § 12022.5   [ ] Penal Code § 12022.7 ... __2__ years.
   B. [ ] Penal Code § 12022.6(a)  [ ] Penal Code § 12022.6(b) ........................... ___ years.
   C. [X] Penal Code § 667.5(a) ...................................................... __3__ years.
   D. [ ] Penal Code § 667.5(b) ...................................................... ___ years.
   E. Terms for consecutive sentences:
   (1) [ ] Other convictions in the present case for felonies not listed in § 667.5(c) on counts _____ ___ / ___ years.
   (2) [ ] Other convictions in prior uncompleted sentences for felonies not listed in § 667.5(c)
          COUNTY    CASE NUMBER    COUNTS    ___ / ___ years.
   (3) [ ] Other convictions in the present case for felonies listed in § 667.5(c) on counts _____ ___ / ___ years.
   (4) [ ] Other convictions in prior uncompleted sentences for felonies listed in § 667.5(c)
          COUNTY    CASE NUMBER    COUNTS    ___ / ___ years.
6. Concurrent Sentences (to be served with sentence on count identified on line 3):
   A. [ ] For convictions of the present case, counts _____    B. [ ] For convictions of prior uncompleted sentence.
7. Of years imposed above on lines 4 through 5.E.(4), number of years stayed pursuant to California Rules of Court, Rule 447, to comply
   with Penal Code §§ 1170.1(a) [5-year limit] and 1170.1(f) [double-base-term limit] .......................... __0__ / ___ years)
8. The total unstayed prison term imposed by this judgment is .................................................. __10__ / ___ years.
9. Execution of sentence imposed:    A. [X] at initial sentencing hearing    B. [ ] at resentencing pursuant to decision on appeal
                                     C. [ ] after revocation of probation    D. [ ] at resentencing pursuant to recall of commitment (P.C. § 1170(d)).
10. The court pronounced sentence on 05-22-81. Defendant is credited for time spent in custody, __258__ total days, including:
    Actual Local Time __172__ P.C. § 4019(b) credit __86__, State Institutions Time __-0-__ (specify dates of admission and release in oral proceedings and minutes).
11. Defendant is remanded to the custody of the Sheriff to be delivered:   [X] forthwith   [ ] after 48 hours, excluding Saturdays, Sundays and Holidays
    into the custody of the Director of Corrections at the Reception-Guidance Center located at   [ ] Calif. Institution for Women — Frontera
    [ ] Calif. Medical Facility — Vacaville   [X] Calif. Institution for Men — Chino   [ ] Other: (specify) _____

CLERK OF SUPERIOR COURT
I hereby certify the foregoing to be a correct
abstract of the judgment made in this action.    By _____ DEPUTY
                                                  Date JUN 5 1981

This form is prescribed pursuant to Penal Code § 1213.5 to satisfy the requirements of Penal Code § 1213 (Abstract of Judgment and Commitment) for determinate sentences under Penal Code § 1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code § 1203c. A copy of the sentencing proceedings and any supplementary probation report shall be transmitted to the Department of Corrections pursuant to Penal Code § 1203.01. Attachments may be used but must be incorporated by reference.

Form Adopted by the
Judicial Council of California
Revised Effective January 16, 1979

**ABSTRACT OF JUDGMENT-COMMITMENT**
FORM CR 290

Pen C. 667.5, 1170, 1170.1, 1213.5,
12022, 12022.5, 12022.6, 12022.7.

Pink original - Court File — Yellow copy - Department of Corrections — White copy - Administrative Office of the Courts