# EXHIBIT C

LIFE PRISONER EVALUATION
SUBSEQUENT PAROLE CONSIDERATION HEARING
2005 CALENDAR

Ruiz, GEORGE                                                                                              B-82089

I.  **Commitment Factors:**

   A.   **Life Crime:**

   Ruiz was convicted of Kidnapping for Robbery with Use of Firearm (handgun), Count 1, PC 209(b), Receiving a term of 7 years to Life. Count 2, Robbery, PC 211, with Use of a Firearm, PC 12022.5, Receiving a term of 8 years to be completed prior to Life term, Case #CR-52779. Victim: Bruce Peckham, age 25. Ruiz was received in the California Department of Corrections and Rehabilitation (CDCR) on 06/10/81, as a Parole Violator with a new term, from San Diego County. Minimum Eligible Parole Date (MEPD) was 06/03/93. Life term began 06/10/83 (POR).

   1.   **Summary of Crime:**

   On 12/02/80, at 1915 hours, Bruce Peckham, age 25, the victim, exited "The Village Store" at 1145 Rosecrans Blvd, San Diego, CA and got into his vehicle. A Hispanic male, later identified as the defendant, G. Ruiz, approached the vehicle from the driver's side and pointed a handgun through the open window at Peckham's head and said, "you look at me, and I'm going to blow you away." Ruiz ordered Peckham out of his vehicle and said, "let's go into the store. We're going to rob the place. Do what you're told and no one will get hurt." After walking into the store with a handgun held on Peckham, Ruiz told the two clerks to empty the cash register into a paper bag. Ruiz also told one of the clerks to put four cartons of cigarettes into another bag and place it on the counter. Ruiz took the two bags and left the store with Peckham still at gunpoint. Once outside, Peckham was told to look down Addison Street to the west, and not to look back. Ruiz began running east. Peckham looked back toward where he heard Ruiz running and saw Ruiz get into the passenger side of a small sedan and depart northward.

   The handgun was described as a nickel-plated, semi-automatic, with a large frame.

   Source Document: Probation Officer's Report (POR) dated 05/15/81.

   2.   **Prisoner's Version:**

Ruiz, GEORGE            B-82089                    PBSP            SUBSEQUENT HEARING
                                                                    11/30/05:WB/cw

COPY TO INMATE

Ruiz states that the Police and Probation Officer's Reports are accurate and consistent with his version. There appears to be no inconsistencies in these documents.

3. **Aggravating Circumstances:**

   a. The nature and seriousness of the crime.

   b. The defendant did use a handgun.

   c. The victim was held at gunpoint and feared for his life.

   d. The defendant has a criminal record, and has shown a pattern of increased criminal conduct.

II. **Pre-Conviction Factors:**

A. **Juvenile Record:**

No Juvenile History.

B. **Adult Convictions:**

Ruiz has a long history of criminal activity dating back to 03/29/61, when he was sentenced to 180-days in jail for Petty Theft/Burglary. On 05/26/63, he was sentenced to 30-days in County Jail for Battery. On 10/21/63, he was assessed a 5-month County Jail/Honor Camp term for Attempted Burglary. On 04/24/65, Ruiz was sentenced for what would be his first of many drug related offenses, to a term of 60-days in the County Jail, for of Possession of Dangerous Drugs. On 09/15/66, he was returned to Honor Camp for an unspecified amount of time for Violation of his Probation. On 01/28/67, he was sentenced to a 180-day County Jail term for being Under the Influence of Narcotics. On 10/31/67, he was arrested by the U.S. Customs Service for Smuggling Heroin, receiving 3 years Federal Probation. On 11/22/67, he was sentenced to 7 years at the California Rehabilitation Center for Illegal Use of Narcotics. He served only 26-days of that sentence before paroling to San Diego County. On 06/10/69, Ruiz was returned to CRC to finish his term for: Violation of his Parole, Narcotics Usage, and Sale of Narcotics. On 09/09/70, he was sentenced to a 10-day County Jail term for Shoplifting. On 12/08/71, he was sentenced to a 60-day

jail term for Arson (dwelling), Arson (property), and Possession of Dangerous Drugs. During the subsequent investigation, two secobarbital tablets were discovered on the bed near Ruiz's wallet. On 06/05/72, he was again returned to CRC to finish his term serving 49 days until he paroled to San Diego County. On 09/12/72, Ruiz was sentenced to 365-days in County Jail for: Possession of Narcotics for Sale, Under the Influence of Narcotics, and Possession of Narcotic Paraphernalia. On 09/06/73, he was sentenced to a term of 6-months to 15 years consecutive, with 5 to 10 years for Involuntary Manslaughter. This sentence was appealed and discharged on 10/22/75. On 12/30/76, he was sentenced to 85-days in San Diego County Jail for Robbery (PC 211), Possession of Narcotics (PC 11350 H&S), Possession of Drug Paraphernalia (PC 11364 H&S) and Possession of a Hypodermic Needle (PC 4143(a) B&P). In this case the prisoner was identified as one of the two men who held up a Marine Equipment Company. One man held a sawed-off shotgun, and the other held what appeared to be a 38-caliber handgun. On 04/06/77, he was sentenced to 5 years to Life and APO 5 years, Life consecutive for robbery 1st Degree, with Use of a Firearm. Paroled to San Diego County on 06/30/80. On 10/30/80 Ruiz appeared in Court for: Possession of Stolen Property (PC 496.1), Possession of a Controlled Substance For Sale (PC 11351 H&S), and Possession of Paraphernalia (PC 11364 H&S). This was discharged due to the fact that Ruiz was in custody awaiting trial on the instant offense. On 12/12/80, Ruiz was sentenced on the instant offense.

C.  **Personal Factors:**

Ruiz is a 63-year-old 2nd termer, the youngest of five children, born to Joseph and Julia Ruiz. Ruiz's mother died in 1969 and his father died in 1975. Ruiz attended school through the tenth grade and then voluntarily dropped out. At age 18 Ruiz married Norma Colemencard, had one child and divorced three years later. Ruiz had a second child by a common law wife, whose union was dissolved in 1974. Ruiz's work experience consisted of body and fender repair for five months, painting for 6 months, and assembly work for two months. Ruiz began drinking alcoholic beverages at the age of 16, and used marijuana occasionally. At the age of 18 he was addicted to heroin.

III.  **Post-Conviction Factors:**

A.  **Special Programming/Accommodations:**

Ruiz is excluded from the Developmental Disability Program by receiving a passing score on the cognitive test. No further evaluation is needed without a referral.

LIFE PRISONER EVALUATION
SUBSEQUENT CONSIDERATION HEARING
# 2005 CALENDAR
Page 4

B. **Custody History:**

   04/06/77, Received RCC-CIM
   07/26/77, Received Folsom
   06/30/80, Paroled to Reg IV, San Diego
   12/05/80, Arrested-Hold Parole-PVR
   06/10/81, RCC/CIM PVWNT
   07/17/81, Received at Folsom
   06/15/84, Received at San Quentin
   01/22/87, Received at CCI IV SHU
   01/24/90, Received at PBSP and Remains in PBSP-SHU

   Ruiz is a validated member of the "Mexican Mafia" prison gang. The prisoner was first placed in SHU on 07/16/82, due to his involvement in Racial problems at Folsom State Prison. He has remained in SHU on Indeterminate status due to his gang involvement. Correctional Counselor II Specialist, D.T. Hawkes, Institutional Gang Investigation Coordinator, identifies Ruiz as an, "Old Time member whose been involved in the Mexican Mafia since the 70's"

C. **Therapy and Self-Help Activities:**

   Group activities are unavailable to Security Housing unit (SHU) inmates. Individual's self-help programs are available, and Ruiz has taken some initiative toward preparation for release. Ruiz claims to have read these books:

   "Adult children of alcoholic's"
   "It will never happen to me"
   "SOS Sobriety Save Ourselves"
   "First Year Sobriety"

   He has also applied for the GED program at Pelican Bay State Prison.

D. **Disciplinary History:**

   Ruiz's disciplinary record is minimal, receiving CDC 115's for the following violations: 10/02/81, Responsibility for Count; 11/17/83, Contraband/Homebrew; 11/11/86, Stimulants and Sedatives. On 05/27/87, Ruiz was the victim of a stabbing assault by inmate Lopez, C-05299 who was his cellmate. The four puncture wounds were deemed superficial and the prognosis was for full recovery.

Ruiz, GEORGE        B-82089              PBSP              SUBSEQUENT HEARING
                                                           11/30/05:WB/cw

LIFE PRISONER EVALUATION
SUBSEQUENT CONSIDERATION HEARING
# 2005 CALENDAR
Page 5

    E.    **Other:**   The relevant information from the previous Board Hearings includes recommendations to:

1. Participate in self-help programs.
2. Remain disciplinary free.
3. Work towards reducing custody level.
4. Upgrade vocationally.

IV.   **Future Plans:**

    A.    **Residence:**

Ruiz is no longer married but has two children. He plans to live with his daughter Julia Montoya, 527 Encinitas Ave, San Diego, CA 92114, telephone number, (614)460-2067. A letter of support is forthcoming. San Diego is the County of last legal residence.

    B.    **Employment:**

Ruiz has been in and out of prison for most of his adult life, his job skills are limited for that reason. He has a job offer from Joe Ruiz at a real estate company in San Diego. The job is described in the letter of support dated 08/23/03. It appears to be a job assisting Mr. Joe Ruiz the real estate agent. An updated letter of support has been requested.

    C.    **Assessment:**

The inmate indicated there are no foreseeable problems with his residence plan or his job. He believes that he will be successful in his pursuit of a good life away from prison and with his family. Ruiz is a validated member of the Mexican Mafia which may interfere with his attempt to separate from crime.

V.   **USINS Status:** This section is not applicable. The prisoner is a U.S. Citizen.

VI   **Summary:**

    A.   Prior to release the prisoner could benefit from:

Ruiz, GEORGE    B-82089    PBSP    SUBSEQUENT HEARING
    11/30/05:WB/cw

LIFE PRISONER EVALUATION
SUBSEQUENT CONSIDERATION HEARING
# 2005 CALENDAR
Page 6

       1.    Remaining disciplinary free.
       2.    Upgrading educationally and vocationally.
       3.    Enrolling in a self-help course.
       4.    Reducing custody level by submitting to the debriefing process.

B.    This report is based upon an interview with the prisoner on 11/08/05, lasting approximately twenty (20) minutes with a review of the central file lasting 4 hours.

C.    Ruiz was afforded the opportunity to examine his central file on 11/08/05. The file review was waived at that time.

D.    No accommodation was required per the Armstrong vs. Davis BPH Parole Proceedings Plan for effective Communication.


**W. BARNTS**
Correctional Counselor I

**M. ATER**
Correctional Counselor II


Ruiz, GEORGE    B-82089    PBSP    **SUBSEQUENT HEARING**
11/30/05:WB/cw