George Ruiz, #B82089
Box 7500/D1-220
Crescent City, Cal. 95532
Petitioner, In pro-se

FILED
MAY 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-DIVISION

GEORGE RUIZ,
    Petitioner,
vs.
ROBERT HOREL, WARDEN
    Respondent.

CASE NO. C07-4804 J.S.W.
Petitioner's Notice Of Motion and Motion For Appointment Of Counsel, and/or permit him to Conduct Limited Discovery.

To Respondent, and his counsel of record, PLEASE TAKE NOTICE: Petitioner Ruiz, is proceeding pro-se in this case, and on Jan. 30, 2008, the Court issued an Order To Show Cause, which respondents Answered on April 11, 2008 [recieved by petitioner on April 22, 2008]. Petitioner now comes before the Honorable Court, respectfully requesting the Court appoint counsel, and/or permit him to conduct limited discovery, both of which are needed to prepare the Traverse.

This motion is made and based on this motion, the memorandum of points and authorities, the accompanying declaration, and the file and record before the Court. Good cause being demonstrated Petitioner respectfully requests the Court Grant the Motion.

Dated: May 4, 2008

Respectfully Submitted,
George Ruiz
GEORGE RUIZ

## PROOF OF SERVICE BY MAIL

(C.C.P. Section 101(a) # 2015.5, 28 U.S.C. 1746)

I, _George Ruiz, B#82089_, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below named action.

My Address is: P.O. Box 7500, Crescent City, CA 95531.

On the __8__ day of __May__, in the year of 20__08__, I served the following documents: (set forth the exact title of documents served) _RE:# C07-4804 J.S.W._

_Petitioner's Notice of Motion / Motion for Appointment of Counsel and for Permit Limited Discovery; Memorandum of Points & Authorities; Declaration of Ruiz; Declaration of Ashker (with Exhibits C & D attached)_

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

| | |
|---|---|
| U.S. District Court | Amanda J. Murray |
| Northern District Calif. | Deputy Atty Gen. |
| 450 Golden Gate Ave | 455 Golden Gate Ave, Ste. #11000 |
| San Francisco, Cal. | San Francisco, Cal 94102-7004 |
| 94102-9680 | |

I declare under penalty of perjury that the foregoing is true and correct.

Dated this __8__ day of __May__, 20__08__.

Signed: _George Ruiz_
(Declarant Signature)

Rev. 12/06