George Ruiz, #B82089
Box 7500/D1-220
Crescent City, Cal. 95532
Petitioner, In pro-se +

FILED
MAY 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO - DIVISION

GEORGE RUIZ,
    Petitioner,
vs.
ROBERT HOREL, Warden,
    Respondent.

CASE No. C07-4804 J.S.W.
Petitioner Ruiz' Declaration
In Support Of Motion For
Appointment Of Counsel, and/or
To Conduct Limited Discovery.

I, George Ruiz, Declare:

1. I am the petitioner in the above entitled action, and submit this declaration in support of my Motion For Appointment Of Counsel, and/or, To Conduct Limited Discovery. I base this declaration on my personal-knowledge, and I can and will competently testify to such matters if called upon.

2. That it is documented in my prison records, that my education level is at the fifth grade level; my reading comprehension is limited - especially on legal-issues.

3. That without assistance I would not have been able to file my Petition, and without continued assistance I will not be able to proceed. I know Todd Ashker has medical problems, and it's a hardship for him to do my

1.

legal writing for me. This is why I am asking for the Courts' help with the appointment of counsel.

4. That Todd Ashker has verbally explained the issues presented in the motion, and I believe if I am not able to proceed with obtaining the evidence sought via discovery portion of the motion, my ability to prove claim one of my petition will be seriously harmed.

I hereby swear under penalty of perjury, pursuant to the laws of the State of California, that the above is true and correct on May 4, 2008, at Crescent City, California.

/s/ *George Ruiz*
George Ruiz, Petitioner
In pro-se —