George Ruiz, B#82089
P.O. Box #7500/D1-220
Crescent City, Cal. 95532
Petitioner, In pro-se

FILED
08 MAY 20 PM 3:15
[clerk stamp]

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-DIVISION



| | |
|---|---|
| GEORGE RUIZ,<br>  Petitioner,<br>vs.<br>ROBERT HOREL, Warden,<br>  Respondent. | Case No: C07-4804 J.S.W.<br>Petitioner's Request For An Extension Of Time To File The Traverse In Support Of Petition [With Support Declarations] |

REQUEST FOR EXTENSION OF TIME

Petitioner, proceeding pro-se in the above numbered action, does hereby respectfully request that this Court grant an extension of time to file his Traverse until at least thirty days after this Court rules on Petitioner's Motion For Appointment Of Counsel, and/or Permit Limited Discovery [mailed out on May 8, 2008]

The basis for this request is set forth in the accompanying declaration of Petitioner, and his assistant, Ashker.

Dated: May 11, 2008

Respectfully Submitted,
George Ruiz
George Ruiz, Petitioner

## PROOF OF SERVICE BY MAIL

(C.C.P. Section 101(a) # 2015.5, 28 U.S.C. 1746)

I, _George Ruiz, B#82089_, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below named action.

My Address is: P.O. Box 7500, Crescent City, CA 95531.

On the _15_ day of _May_, in the year of 20_08_, I served the following documents: (set forth the exact title of documents served) _Re: #C07-4804 J.S.W._

_Petitioners Request For An Extension Of Time To File The Traverse In Support Of Petition (with Support Declarations Of Ruiz and Achter)_

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

_U.S. District Court_  |  _Amanda J. Murray_
_Northern District Calif._  |  _Deputy Atty General_
_450 Golden Gate Ave._  |  _455 Golden Gate Ave., Ste.# 11000_
_San Francisco, Cal._  |  _San Francisco, Cal. 94102-7004_
_94102-9680_  |

I declare under penalty of perjury that the foregoing is true and correct.

Dated this _15_ day of _May_, 20_08_.

Signed: _George Ruiz_
(Declarant Signature)

Rev. 12/06