IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE RUIZ, <br><br> Petitioner, <br><br> vs. <br><br> ROBERT HOREL, WARDEN, <br><br> Respondent | No. C 07-4804 JSW (PR) <br><br> **ORDER DENYING APPOINTMENT OF COUNSEL; GRANTING REQUEST TO CONDUCT LIMITED DISCOVERY AND EXTENSION OF TIME** <br><br> (Docket Nos. 9 & 13) |

Petitioner, a prisoner of the State of California, currently incarcerated at Pelican Bay State Prison in Crescent City, California, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging the Board of Prison Terms ("BPT") denial of parole during parole suitability proceedings. Petitioner's motion for appointment of counsel is DENIED for want of a showing of exceptional circumstances, or that an evidentiary hearing is necessary at this time. Petitioner's request to conduct discovery limited to the issues identified in his motion is GRANTED provided such discovery conforms to the Federal Rules Governing Habeas Corpus Cases under 28 U.S.C. § 2254, and the applicable local rules.

Good cause appearing, Petitioner's request for an extension of time in which to file a traverse is GRANTED. The traverse is due on **June 30, 2008.**

This order terminates Docket Nos. 9 & 13.

IT IS SO ORDERED.

DATED: May 28, 2008

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GEORGE RUIZ,

        Plaintiff,

  v.

ROBERT HOREL et al,

        Defendant.

Case Number: CV07-04804 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

George Ruiz
B82089
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dated: May 28, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk