IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE RUIZ,<br><br>   Petitioner,<br><br> vs.<br><br>ROBERT HOREL, WARDEN,<br><br>   Respondent | No. C 07-4804 JSW (PR)<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION; SETTING DISCOVERY CUT-OFF**<br><br>(Docket No. 15) |

  Petitioner, a prisoner of the State of California, currently incarcerated at Pelican Bay State Prison in Crescent City, California, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging the Board of Prison Terms ("BPT") denial of parole during parole suitability proceedings. The Court granted Petitioner's request to conduct discovery "limited to the issues identified in his motion" and "provided such discovery conforms to the Federal Rules Governing Habeas Corpus Cases under 28 U.S.C. § 2254, and the applicable local rules."

  Respondent has filed a motion for reconsideration of the Court's order. In his motion, Respondent characterizes the Court's order as requiring Respondent to identify all prisoners "similarly situated" to Petitioner, granting Petitioner permission to contact and obtain declarations and documentation from all such inmates, and requiring Respondent to produce the transcripts from the parole hearings for all such inmates. The Court's order provided no such thing. The order simply granted Petitioner leave to conduct discovery, but made no ruling on the propriety of any particular discovery requests, including the

1  requests identified by Respondent.  The Federal Rules of Civil Procedure and the Local
2  Rules govern the procedures Petitioner must follow for propounding any discovery
3  requests upon Respondent, for Respondent to respond to such requests, and for the parties
4  to meet and confer to resolve any disputes about any discovery Petitioner seeks.  Until
5  such time as Petitioner properly propounds any discovery requests upon Respondent in
6  accordance with such rules, Respondent is under no obligation to provide Petitioner with
7  any discovery material.
8      Respondent's motion for reconsideration is DENIED.  Good cause appearing, the
9  discovery cut-off date, i.e. the last date for the parties to serve any discovery request upon
10 each other, is hereby set at **30 days** from the date this order is filed.
11     This order terminates Docket No. 15.
12     IT IS SO ORDERED.
13 DATED: July 3, 2008

JEFFREY S. WHITE
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GEORGE RUIZ,

        Plaintiff,

v.

ROBERT HOREL et al,

        Defendant.

Case Number: CV07-04804 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

George Ruiz
B82089
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dated: July 3, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk