George Ruiz, B#82089
Box #7500/D1-220
Crescent City, Cal. 95532
Petitioner, In pro-se

FILED
08 JUL -3 PM 1:29
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
ND DISTRICT OF CALIFORNIA

The United States District Court
For The Northern District Of California
San Francisco - Division

George Ruiz,
  Petitioner,
vs.
Robert Horel, Warden,
  Respondent.

Case No. C07-4804 J.S.W.
Petitioner's Request For An Extension Of Time To File The Traverse In Support Of Petition
[With Support Declaration Of Ruiz]

The Request For Extension Of Time

To respondent, and his counsel of record, PLEASE TAKE NOTICE:
Petitioner, proceeding pro-se in this case, does hereby respectfully request that the Honorable Court grant an Extension Of Time to file his Traverse. The requested extension of time is necessary for the following reasons:

1. On May 28, 2008 the Court Granted Petitioner's request to conduct discovery limited to the issues identified in his motion.

2. In the same May 28, 2008 Order, the Court Granted Petitioner's Request For Extension Of Time To File Traverse, stating the Traverse is due on June 30, 2008. [See May 28, 2008 Order]

3. The extension of time was requested in order to obtain the

1.

## PROOF OF SERVICE BY MAIL

(C.C.P. Section 101(a) # 2015.5, 28 U.S.C. 1746)

I, George Ruiz R82089, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below named action.

My Address is: P.O. Box 7500, Crescent City, CA 95531.

On the 26 day of June, in the year of 2008, I served the following documents: (set forth the exact title of documents served) RE: #C07-4804 J.S.W Motion For Extension Of Time To File The Traverse [with Support Declaration of Ruiz]

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

U.S. District Court
Northern Dist. California
450 Golden Gate Ave.
San Francisco, Cal.
94102-9680

Amanda J. Murray
Deputy Atty. General
455 Golden Gate Ave., Ste #11000
San Francisco, Cal. 94102-7004

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 26 day of June, 2008.

Signed: George Ruiz
(Declarant Signature)

Rev. 12/06

State of California

# Memorandum

Date : May 29, 2008

To : RUIZ, George  D1-220L
B-82089

From : Department of Corrections
Pelican Bay State Prison, P.O. Box 7000, Crescent City, CA 95532-7000

Subject : **CANCELLATION OF PAROLE CONSIDERATION HEARINGS**

The Subsequent and Initial Parole Consideration hearings scheduled for June 10-12, 2008 have been cancelled by the Board of Parole Hearings because of the lack of Commissioners.

You will be notified when you are placed on another hearing calendar; a new BPT 1080 will be sent to you with the new date and time of your hearing.

BPH/Lifer Desk

George Ruiz, B#82089
Box #7500/D1-220
Crescent City, Cal. 95532
Petitioner, In pro-se

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO - DIVISION

| | |
|---|---|
| GEORGE RUIZ,<br>Petitioner,<br>vs.<br>ROBERT HOREL, Warden,<br>Respondent. | Case No. C07-4804 J.S.W.<br>Petitioner's Request For An Extension Of Time To File The Traverse In Support Of Petition [With Support Declaration Of Ruiz] |

### THE REQUEST FOR EXTENSION OF TIME

To respondent, and his counsel of record, PLEASE TAKE NOTICE:
Petitioner, proceeding pro-se in this case, does hereby respectfully request that the Honorable Court grant an EXTENSION OF TIME to file his Traverse. The requested extension of time is necessary for the following reasons:

1. On May 28, 2008 the Court Granted Petitioner's request to conduct discovery limited to the issues identified in his motion.

2. In the same May 28, 2008 Order, the Court Granted Petitioner's Request For Extension Of Time To File Traverse, stating the Traverse is due on June 30, 2008. [See May 28, 2008 Order]

3. The extension of time was requested in order to obtain the

1

evidence described in the motion seeking permission to conduct limited discovery [See Docket Nos 9 & 13]

4. As soon as petitioner recieved the Court's May 28, 2008 Order, authorizing discovery, limited to the subject(s) described in his motion [Docket #9] Petitioner immediately sent Respondents' counsel, Ms. Murray, a letter and, a Request For Production Of Documents, and Two Interrogatories (These were given to unit staff as legal-mail on June 1, 2008)

5. To date Petitioner has recieved no response to the above referenced discovery requests. Petitioner anticipates a need to compel production.

6. On June 3, 2008 Petitioner recieved the "Respondents Request For Reconsideration Of Ruiz's Request For Discovery Because It Does Not Comply With 28 U.S.C. § 2254."

7. Petitioner has not responded to "Respondents Request For Reconsideration..." referenced above, because of the following factors:
   (a). Respondents "Request For Reconsideration..." does not comply with CIV. L-R 7-9(a)
   (b). Petitioner's response to a "Request For Reconsideration" is not required, unless ordered by the Judge [per. Civ. L-R 7-9(d)]
   (c) Respondent's "Request For Reconsideration..." is without merit, and misrepresents the relevant law and facts.

8. Petitioner anticipates he will need to file a motion to compel production of documents, and answers to Interrogatories. At that time petitioner will address Respondents "Request For Reconsideration" [unless directed otherwise by the Court]

9. Thus, as stated in Petitioner's previous motions [Dockets #9 & 13], the evidence sought via discovery, is required in order to support

2

claim #1, when he files his Traverse. Petitioner has been diligently seeking this supportive evidence, and has not been able to do so due to respondents' refusal to cooperate. Without the evidence sought, petitioner's ability to prove claim #1, will be seriously harmed.

### Conclusion

This motion is made and based on this motion and accompanying declaration of petitioner; and the file and record before the Court.

Thus, Good Cause being demonstrated, Petitioner respectfully requests the Court Grant this motion authorizing the requested extension of time to file the Traverse until such time as the discovery issues are resolved.

Dated: June 22, 2008

Respectfully Submitted,

George Ruiz

GEORGE RUIZ, Petitioner

In pro-se

3.

George Ruiz, B-82089
Box #7500/D1-220
Crescent City, Cal. 95532
Petitioner, In pro-se

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-DIVISION

GEORGE RUIZ,
  Petitioner,
vs.
ROBERT HOREL, Warden,
  Respondent.

CASE No. C07-4804 J.S.W.
Petitioner Ruiz' Declaration In Support Of Motion For An Extension Of Time To File The Traverse In Support Of Petition.

I, George Ruiz, Declare:

1. I am the petitioner in the above entitled action, and submit this declaration in support of my Request For An Extension Of Time To File The Traverse In Support Of Petition. I am proceeding pro-se, with assistance of fellow prisoner Todd Ashker, and I base this declaration on my personal knowledge; and, I can and will competently testify to such matters if called upon to do so.

2. That I have read the "Motion For An Extension Of Time..." dated June 22, 2008 and believe the statements made therein are true and correct.

3. That this request for an extension of time is not made for any purpose of undue delay, harrassment, or any type of improper reason, I am also

1.

incarcerated, and unable to confer with respondent's counsel in order to obtain a stipulated agreement to the extension of time sought.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that the foregoing is true and correct and that this declaration was executed on June 22, 2008, at Crescent City, California.

/s/ *George Ruiz*
George Ruiz, Petitioner
In pro-se

Ruiz Declaration

## PROOF OF SERVICE BY MAIL

(C.C.P. Section 101(a) # 2015.5, 28 U.S.C. 1746)

I, _George Ruiz, B82089_, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below named action.

My Address is: P.O. Box 7500, Crescent City, CA 95531.

On the __26__ day of __June__, in the year of 20_08_, I served the following documents: (set forth the exact title of documents served) _RE: #C07-4804 J.S.W_

_Motion For Extension Of Time To File The Traverse [With Support Declaration of Ruiz]_

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

_U.S. District Court_  
_Northern Dist. California_  
_450 Golden Gate Ave._  
_San Francisco, Cal._  
_94102-9680_

_Amanda J. Murray_  
_Deputy Atty. General_  
_455 Golden Gate Ave., Ste #11000_  
_San Francisco, Cal. 94102-7004_

I declare under penalty of perjury that the foregoing is true and correct.

Dated this __26__ day of __June__, 20_08_.

Signed: _George Ruiz_
(Declarant Signature)

Rev. 12/06