IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE RUIZ,<br><br>    Petitioner,<br><br>  vs.<br><br>ROBERT HOREL, WARDEN,<br><br>    Respondent. | No. C 07-4804 JSW (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE PETITION**<br><br>(Docket No. 17) |

Petitioner, a prisoner of the State of California has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254. On July 3, 2008, Petitioner filed a motion seeking an extension of time to file a traverse. Good cause appearing, his request for an extension of time is GRANTED (docket no. 17). Petitioner shall file his opposition on or before sixty days from the date of this order.

IT IS SO ORDERED.

DATED:  07/16/08

JEFFREY S. WHITE
United States District Judge