# EXHIBIT A

1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | JULIE L. GARLAND
Senior Assistant Attorney General
4 | JENNIFER A. NEILL
Supervising Deputy Attorney General
5 | AMANDA J. MURRAY, State Bar No. 223829
Deputy Attorney General
6 |  455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
7 | Telephone: (415) 703-5741
Fax:  (415) 703-5843
8 | Email:  Amanda.Murray@doj.ca.gov

9 | Attorneys for Respondent

10

11 | IN THE UNITED STATES DISTRICT COURT

12 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

13 | SAN FRANCISCO DIVISION

14

**GEORGE RUIZ,**

15

Petitioner,

16

v.

17

**ROBERT HOREL, Warden,**

18

19

C07-4804 JSW

**RESPONSES BY
RESPONDENT ROBERT
HOREL TO PETITIONER'S
INTERROGATORIES**

Judge:    The Honorable
Jeffrey S. White

20 |     PROPOUNDING PARTY:    George Ruiz, Petitioner

21 |     RESPONDING PARTY:      Robert Horel, Warden

22 |         Respondent Robert Horel, Warden, hereby responds under Rule 6 of the Federal Rules

23 | Governing Section 2254 Cases to Petitioner's Interrogatories.  The responses set forth here are

24 | given without prejudice to Respondent's right to provide any subsequently discovered facts or

25 | writings, or to add, modify, otherwise change or amend the responses.  The following

26 | information is true and correct to the best knowledge of Respondent as of this date, and is subject

27 | to correction for inadvertent errors, mistakes, or omissions.  These responses are based on

28 | information presently available to Respondent.

Resp't's Resp. to Pet'r's Interrogs.

*Ruiz v. Horel*
C07-4804 JSW

1 INTERROGATORY NO. 1:

2     Please state the names and CDCR-Identification Numbers of all CDCR-inmates presently

3 housed in the security housing units [SHU] similarly situated to the petitioner [similarly situated

4 inmates specifically encompasses all inmates presently subject to indeterminate SHU-housing

5 status, for administrative reasons, who are also serving term-to-life sentences, and have had at

6 least on parole eligibility hearing].

7 RESPONSE TO INTERROGATORY NO. 1:

8     Objection. Respondent objects because this request is improper under the Antiterrorism and

9 Effective Death Penalty Act of 1996 (AEDPA) and is contrary to the Court's May 28, 2008

10 Order which permits discovery only to the extent it conforms with the Rules Governing Habeas

11 Corpus Cases under 28 U.S.C. § 2254 in that under AEDPA: (1) the reviewing court must look

12 only at the record that was before the state courts in adjudicating a federal habeas petition; and

13 (2) Respondent has already provided the relevant state documents to the Court as required under

14 Rule 5 of the Federal Rules Governing Section 2254 Cases. Respondent further objects because

15 this request is overly broad in scope and time and unduly burdensome and oppressive given the

16 scope of the request, the time state officials would spend responding to the request, and the

17 potential threat to prison safety and security, especially when balanced with the fact that the

18 response would not properly be before the Court under AEDPA. Respondent further objects

19 because this information is not known by the party to whom the request is propounded.

20 Respondent further objects because this request is not calculated to lead to the discovery of

21 admissible evidence.

22     Based on the foregoing objections, Respondent will not provide a response to Interrogatory

23 No. 1.

24 //

25 //

26 //

27 //

28 //

Resp't's Resp. to Pet'r's Interrogs.

*Ruiz v. Horel*
C07-4804 JSW

1    INTERROGATORY NO. 2:

2         Please state the number of SHU-inmates [similarly situated to the petitioner, as described

3    above] deemed suitable for parole by the [BPT-BPH] during the time period of Jan. 1, 1990 and

4    the present date.

5    RESPONSE TO INTERROGATORY NO. 2:

6         Objection.  Respondent objects because this request is improper under the Antiterrorism and

7    Effective Death Penalty Act of 1996 (AEDPA) and is contrary to the Court's May 28, 2008

8    Order which permitted discovery only to the extent it conforms with the Rules Governing Habeas

9    Corpus Cases under 28 U.S.C. § 2254 in that under AEDPA:  (1) the reviewing court must look

10   only at the record that was before the state courts in adjudicating a federal habeas petition; and

11   (2) Respondent has already provided the relevant state documents to the Court as required under

12   Rule 5 of the Federal Rules Governing Section 2254 Cases.  Respondent further objects because

13   this request is overly broad in scope and time and unduly burdensome and oppressive given the

14   scope of the request, the time state officials would spend responding to the request, and the

15   potential threat to prison safety and security, especially when balanced with the fact that the

16   response would not properly be before the Court under AEDPA.  Respondent further objects

17   because this request is not calculated to lead to the discovery of admissible evidence.

18   Respondent further objects because this information is not known by the party to whom the

19   request is propounded.

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

Resp't's Resp. to Pet'r's Interrogs.                                                    *Ruiz v. Horel*
                                                                                        C07-4804 JSW

3

1    Based on the foregoing objections, Respondent will not provide a response to Interrogatory

2  No. 2.

3        Dated:  June 30, 2008

4                        Respectfully submitted,

5                        EDMUND G. BROWN JR.
                         Attorney General of the State of California

6                        DANE R. GILLETTE
                         Chief Assistant Attorney General

7
                         JULIE L. GARLAND
8                        Senior Assistant Attorney General

                         JENNIFER A. NEILL
9                        Supervising Deputy Attorney General

10

11

12
                         AMANDA J. MURRAY
13                       Deputy Attorney General
                         Attorneys for Respondent

14

15  20118438.wpd

16  SF2008400470

17

18

19

20

21

22

23

24

25

26

27

28

Resp't's Resp. to Pet'r's Interrogs.                                                    *Ruiz v. Horel*
                                                                                        C07-4804 JSW

4

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Ruiz v. Horel**

No.:    **C07-4804 JSW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **July 1, 2008**, I served the attached

### RESPONSES BY RESPONDENT ROBERT HOREL
### TO PETITIONER'S INTERROGATORIES

 by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

**George Ruiz, B-82089**
**Pelican Bay State Prison**
**P.O. Box 7500**
**Crescent City, CA 95532**
in pro per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **July 1, 2008**, at San Francisco, California.

_____                    _____
          M.M. Argarin                                                        *M.M. Argain*
          Declarant                                                              Signature

20119373.wpd