# EXHIBIT B

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
JENNIFER A. NEILL
Supervising Deputy Attorney General
AMANDA J. MURRAY, State Bar No. 223829
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5741
 Fax: (415) 703-5843
 Email: Amanda.Murray@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **GEORGE RUIZ,**<br><br>                              Petitioner,<br><br>v.<br><br>**ROBERT HOREL, Warden,** | C07-4804 JSW<br><br>**RESPONSES BY RESPONDENT ROBERT HOREL TO PETITIONER'S REQUEST FOR PRODUCTION OF DOCUMENTS**<br><br>Judge:     The Honorable<br>              Jeffrey S. White |

PROPOUNDING PARTY:   George Ruiz, Petitioner

RESPONDING PARTY:    Robert Horel, Warden

Respondent Robert Horel, Warden, hereby responds under Rule 6 of the Federal Rules Governing Section 2254 Cases to Petitioner's Request for Production of Documents. The responses set forth here are given without prejudice to Respondent's right to provide any subsequently discovered facts or writings, or to add, modify, otherwise change or amend the responses. The following information is true and correct to the best knowledge of Respondent as of this date, and is subject to correction for inadvertent errors, mistakes, or omissions. These responses are based on information presently available to Respondent.

1 | REQUEST FOR DOCUMENTS NO. 1:

2 |     Please produce true and correct copies of all of the Board of Prison Terms [BPT], and Board

3 | of Prison Hearings [BPH], parole eligibility hearing transcripts, for all the hearings conducted by

4 | the [BPT-BPH] for inmates similarly situated to petitioner, covering the time period of Jan. 1,

5 | 1990, to the present date.

6 | RESPONSE TO REQUEST FOR DOCUMENTS NO. 1:

7 |     Objection. Respondent objects because this request is improper under the Antiterrorism and

8 | Effective Death Penalty Act of 1996 (AEDPA) and is contrary to the Court's May 28, 2008

9 | Order which permits discovery only to the extent it conforms with the Rules Governing Habeas

10 | Corpus Cases under 28 U.S.C. § 2254 in that under AEDPA: (1) the reviewing court must look

11 | only at the record that was before the state courts in adjudicating a federal habeas petition; and

12 | (2) Respondent has already provided the relevant state documents to the Court as required under

13 | Rule 5 of the Federal Rules Governing Section 2254 Cases. Respondent further objects because

14 | this request is overly broad in scope and time, is vague as to the term "inmates similarly situated

15 | to petitioner," and is unduly burdensome and oppressive given the scope of the request and the

16 | time state officials would spend responding to the request, especially when balanced with the fact

17 | that the response would not properly be before the Court under AEDPA. Respondent further

18 | objects because these documents are not maintained by the party to whom the request is

19 | propounded. Respondent further objects because this request is not calculated to lead to the

20 | discovery of admissible evidence.

21 | //

22 | //

23 | //

24 | //

25 | //

26 | //

27 | //

28 | //

1  Based on the foregoing objections, Respondent will not provide a response to Request for
2  Documents No. 1.

3  Dated: July 9, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

JENNIFER A. NEILL
Supervising Deputy Attorney General

AMANDA J. MURRAY
Deputy Attorney General
Attorneys for Respondent

20120148.wpd
SF2008400470

Resp't's Resp. to Pet'r's Req. for Docs.

*Ruiz v. Horel*
C07-4804 JSW

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Ruiz v. Horel**

No.:   **C07-4804 JSW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **July 9, 2008**, I served the attached

### RESPONSES BY RESPONDENT ROBERT HOREL TO PETITIONER'S REQUEST FOR PRODUCTION OF DOCUMENTS

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**George Ruiz, B-82089**
**Pelican Bay State Prison**
**P.O. Box 7500**
**Crescent City, CA 95532**
in pro per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **July 9, 2008**, at San Francisco, California.

|  |  |
|---|---|
| M.M. Argarin | *[signature]* |
| Declarant | Signature |

20121059.wpd