U.S. Dist. Court, Clerk
N.D. California
450 Golden Gate Ave.
San Francisco, Ca. 94102

**RECEIVED**
SEP 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

George Ruiz, 582089
Box 7500/D1-220
Crescent City, Ca. 95532

— Sept. 3, 2008 —

RE: In re Ruiz, # C07-4804 JSW
    Discovery Dispute

Dear Hon. Judge White

Your Honor, I am requesting guidance concerning the discovery dispute(s) between the parties. Per your orders dated May 28, 2008 and July 30, 2008, I attempted to obtain discovery from respondents. They refused to comply and our meet and confer efforts were not successful. I need the material sought for my Traverse (presently due on 9-14-08); thus, on 8-14-08 I mailed the Court a "Motion To Compel", with memo of authorities and support declarations.

Tonight I recieved it all back — the originals — file stamped 8-25-08 — with a form from the clerk stating "you may not file discovery requests".

I am at a loss here your Honor and ask for guidance about this

## PROOF OF SERVICE BY MAIL

(C.C.P. Section 101(a) # 2015.5, 28 U.S.C. 1746)

I, _George Ruiz B82089_, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below named action.

My Address is: P.O. Box 7500, Crescent City, CA 95531.

On the _3_ day of _Sept_, in the year of 20_08_, I served the following documents: (set forth the exact title of documents served) _RE: #C07-4804 JSW_

_(1) page letter to Hon Judge White re: discovery motion_

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

| | |
|---|---|
| U. S. District Court | Amanda J Murray |
| N. D. California | Deputy A.G. |
| 450 Golden Gate Ave | 455 Golden Gate Ave, Ste #11000 |
| San Francisco, Cal 94102 | San Francisco, Cal. 94102-7004 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated this _3_ day of _Sept_, 20_08_.

Signed: _George Ruiz_
(Declarant Signature)

Rev. 12/06



George Ruiz
J-1-230.P88084
P.O. Box 7500
Crescent City, Calif.
95532

"CONFIDENTIAL MAIL"

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

U.S. District Court, Clerk
450 Golden Gate Ave.
San Francisco, Calif.
94102

9410 2383 661 0004

MAILED FROM ZIPCODE 95531

"CONFIDENTIAL MAIL"