IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE RUIZ, ) | No. C 07-4804 JSW (PR) |
| Petitioner, ) | |
| vs. ) | **ORDER GRANTING EXTENSION OF TIME** |
| ROBERT HOREL, WARDEN, ) | |
| Respondent ) | (Docket No. 21) |

Petitioner, a prisoner of the State of California, currently incarcerated at Pelican Bay State Prison in Crescent City, California, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging the Board of Prison Terms ("BPT") denial of parole during parole suitability proceedings. Petitioner has requested an extension of time in which to file a traverse which is now GRANTED (docket no. 21). Petitioner is provided with sixty days from the date of this order in which to file a traverse.

In support of his request for an extension and in a letter to the Court, Petitioner informs the Court that a motion seeking to compel discovery was previously returned from the Court and that Petitioner is unaware of how to proceed. Because Petitioner did not include the returned motion with his letter or extension request, the Court is unable to determine whether Petitioner's motion was returned in error or whether there was something insufficient in Petitioner's pleadings.

Ordinarily, discovery is conducted without Court intervention and discovery requests that do not require court intervention should not be filed in Court. However,

when court intervention is required, Petitioner may seek such assistance by filing a properly substantiated motion. Because Petitioner's prior pleading was apparently returned to him, no such motion is currently pending before the Court.

IT IS SO ORDERED.

DATED: September 23, 2009

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GEORGE RUIZ,

    Plaintiff,

v.

ROBERT HOREL et al,

    Defendant.

Case Number: CV07-04804 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 23, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

George Ruiz
B82089
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dated: September 23, 2009

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk